# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**WEBCON VECTORS LLC,**

Plaintiff,

*v.*

**PEXIP, INC.,**

Defendant.

**CASE NO. 1:26-CV-00259-JLH**

**PATENT CASE**

**JURY TRIAL DEMANDED**

## <u>PLAINTIFFS NOTICE OF NON-OPPOSITION</u>

Plaintiff Webcon Vectors LLC ("Plaintiff"), by and through its counsel, respectfully submits this Notice of Non-Opposition as follows:

1.      Plaintiff filed its Complaint on March 11, 2026 (D.E. 1).

2.      Defendant Pexip, Inc. ("Defendant") filed Answer to Complaint on April 6, 2026 (D.E. 8).

3.      On the same day, this Court ordered that, within 30 days, the parties shall jointly prepare and file a proposed Scheduling Order.

4.      Due to a miscommunication, Plaintiff was unable to timely review and respond to Defendant's correspondence regarding the proposed Scheduling Order.

5.      On May 6, 2026, Defendant filed the proposed Scheduling Order and the letter to this Court referencing Plaintiff's failure to meet and confer regarding

the proposed Scheduling Order.

6.      Plaintiff's failure to timely meet and confer with Defendant regarding the proposed Scheduling Order constitutes excusable neglect.

7.      Plaintiff has reviewed the proposed Scheduling Order submitted by Defendant and does not oppose the entry of same.

Date: May 7, 2026                          Respectfully submitted,

*/s/ Brian E. Lutness*
Brian E. Lutness, Esq.
DE Bar ID No.: 3572
Silverman, McDonald & Friedman
1523 Concord Pike, Suite 400
Wilmington, DE 19803
302-888-2900
brian@silverman-mcdonald.com

Isaac Rabicoff
Rabicoff Law LLC
(admitted *pro hac vice*)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
isaac@rabilaw.com

***Attorneys for Plaintiff***
***Webcon Vectors LLC***